# PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT AND TO REOPEN CASE

Case No. 5:25-cv-01882

Plaintiff Tony Taylor Jr., proceeding pro se, respectfully moves this Court for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) and states as follows:

FILED

DEC 2 3 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

1. This action was dismissed without prejudice due solely to Plaintiff's failure to timely submit a required financial disclosure statement.

2. The dismissal was procedural in nature and did not involve adjudication of the merits of Plaintiff's claims.

3. Plaintiff acted in good faith and never intended to disregard or mislead the Court.

4. At the time of the deadline, Plaintiff was experiencing severe personal, financial, and housing-related hardship that substantially interfered with compliance.

5. Plaintiff is a pro se litigant and submits that the failure constitutes excusable neglect under Rule 60(b).

6. Plaintiff has now completed and attached the required financial disclosure, curing the deficiency.

7. Reopening the case will not prejudice Defendants.

8. Plaintiff asserts serious federal housing and due process claims warranting resolution on the merits.

WHEREFORE, Plaintiff respectfully requests that the Court vacate the dismissal and reopen this action.

Respectfully submitted,

Tony Taylor Jr.
941 Diana Ave
Akron, OH 44307
Plaintiff, Pro Se

Date: 12·23·2025